## OF

# CAUSES ARGUED AND DETERMINED

### IN THE

## SUPREME COURT FOR THE DISTRICT OF KENTUCKY.

---

## JUNE TERM, 1785.

### WILLIAM HOY *v.* ROBERT BOGGS.

*On a Caveat for One Hundred Acres of Land in Fayette county.*

The plaintiff insisted that the entry under which the defendant claimed was not made agreeably to law, but it appearing to the court that the plaintiff had sufficient knowledge of the defendant's entry, and where it lay, they dismissed his caveat, with costs, etc.